Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

AUG 23 2018

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Keith Arrick, Sr.

*Your full name*

v.

Federal Bureau of Prisons

C.O. Kimble; C.O. Hanlen

United States of America

C.O. Buchanan; Unknown C.O.'s

*Enter above the full name of defendant(s) in this action*

**FEDERAL CIVIL RIGHTS COMPLAINT (*BIVENS* ACTION)**

Civil Action No.: 1:17cv131

*(To be assigned by the Clerk of Court)*

## I. JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II. PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

    A.  Name of Plaintiff: Keith Arrick, Sr.    Inmate No.: 72363-061
          Address: FCI-Hazelton, P.O. Box 5000, Bruceton Mills, WV 26525

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B.  Name of Defendant: <u>Corrections Officer Kimble</u>
    Position: <u>Corrections Officer</u>
    Place of Employment: <u>FCI Hazelton</u>
    Address: <u>Bruceton Mills, WV 26525</u>

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: <u>Acting in the course of her duties as a correction officer.</u>

B.1  Name of Defendant: <u>C.O. Hanlen</u>
    Position: <u>Corrections Officer</u>
    Place of Employment: <u>FCI Hazelton</u>
    Address: <u>Bruceton Mills, WV 26525</u>

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: <u>Acting in the course of duties as a correction officer.</u>

B.2  Name of Defendant: <u>C.O. Buchanan</u>
    Position: <u>Corrections Officer</u>
    Place of Employment: <u>FCI Hazelton</u>
    Address: <u>Bruceton Mills, Wv 26525</u>

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes   ☐ No

Attachment A

If your answer is "YES," briefly explain:
Acting as a correction officer.

B.3   Name of Defendant: Unknown Officers
Position: Corrections Officers
Place of Employment: FCI Hazelton
Address: Bruceton Mills, WV 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain:
As correction officers.

B.4   Name of Defendant: Federal Bureau of Prisons
Position: National Agency
Place of Employment: FCI Hazelton
Address: Bruceton Mills, Wv 26525

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain:
Policy is of a Federal Agency.

Attachment A

    B.5  Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☐ Yes  ☐ No

If your answer is "YES," briefly explain: _____

## III. PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: **FCI - Hazelton**

  A.  Is this where the events concerning your complaint took place?
☒ Yes  ☐ No

If you answered "NO," where did the events occur? _____

  B.  Is there a prisoner grievance procedure in the institution where the events occurred?  ☒ Yes  ☐ No

  C.  Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
☒ Yes  ☐ No

  D.  If your answer is "NO," explain why not: _____

  E.  If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

Attachment A

and state the result at level one, level two, and level three. **<u>ATTACH GRIEVANCES AND RESPONSES:</u>**

LEVEL 1 Denied

LEVEL 2 Denied

LEVEL 3 Denied

IV. <u>PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES</u>

    A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?   ☐ Yes   ☒ No

    B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

        1.    Parties to this previous lawsuit:

            Plaintiff(s): _____

            Defendant(s): _____

        2.    Court: _____
            *(If federal court, name the district; if state court, name the county)*

        3.    Case Number: _____

        4.    Basic Claim Made/Issues Raised: _____
            _____
            _____
            _____

        5.    Name of Judge(s) to whom case was assigned:
            _____

        6.    Disposition: _____
            *(For example, was the case dismissed? Appealed? Pending?)*

        7.    Approximate date of filing lawsuit: _____

Attachment A

  8. Approximate date of disposition. Attach Copies:_____

C. Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
  ☐ Yes  ☐ No

D. If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.
  N/A

E. Did you exhaust available administrative remedies?
  ☐ Yes  ☐ No

F. If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.
  N/A

G. If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

  1. Parties to previous lawsuit:

Attachment A

Plaintiff(s): _____

Defendant(s): _____

2. Name and location of court and case number:

_____
_____
_____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____


V.   STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)**

CLAIM 1: __See Attached Memorandum_____

_____
_____
_____
_____


Supporting Facts: _____

Attachment A

CLAIM 2: Officer Hanlen did act with deliberate indifference, and did discriminate against me based on the nature of my conviction.

Supporting Facts: See Attached Memorandum

CLAIM 3: Officer Buchanan did act with deliberate indifference.

Supporting Facts: See Attahced Memorandum

CLAIM 4: Unknown officers did violate policy concerning use of the Ion Scanner, and the Federal Bureau of Prisons failed to ensure policy was followed.

Supporting Facts: See Attached Memorandum

**Attachment A**

CLAIM 5: _____

_____
_____
_____
_____

Supporting Facts: _____

_____
_____
_____
_____

## VI. INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Arrick has lost personal property, and suffers from physical and psychological injuries as a result of Kimble's actions. He also was denied employment by discrimination and suffered by staff's failure to follow policy. This is discrimination as well as cruel and unusual punishment.

## VII. RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Judgment in favor of plaintiff for the full amount of monetary damages sought. See attached memorandum for full relief sought.

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  FCI-Hazelton  on  August 18, 2018  .
                 (Location)               (Date)

_[signature]_
Your Signature